# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: **SA CV 19-652-CJC (PLA)**　　　　　　　　　　　　　　Date: **October 28, 2019**

Title:　**Shirley Sabina Vanlandingham v. Andrew M. Saul, Commissioner of Social Security**

---

PRESENT: THE HONORABLE　**PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**
NONE

**ATTORNEYS PRESENT FOR DEFENDANT:**
NONE

**PROCEEDINGS: (IN CHAMBERS)**

Pursuant to this Court's Order of April 9, 2019, the parties were to notify the Court by October 21, 2019, through the lodging of a proposed Judgment, if a voluntary remand was being accepted in this case. In the event that there was no agreement as to a voluntary remand, **plaintiff** was to inform the Court of this fact no later than October 17, 2019, through the filing of a pleading entitled "Notice of Compliance with Settlement Conference Order." To date, neither of these documents has been received by the Court. Accordingly, **no later than November 4, 2019, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and failure to follow Court orders. Timely filing of one of the two required documents, and compliance with the additional requirements set forth in the April 9, 2019, Order, shall be deemed compliance with this Order to Show Cause.

**Plaintiff's failure to timely respond to this Order shall result in dismissal of this action.**

cc:　Shirley Sabina Vanlandingham, pro se
　　　In Seon Jeong, SAUSA

Initials of Deputy Clerk 　ch